# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEAHTRA NICOLE McRAE**    :
    :
    :
    **Plaintiff**    :
    :
**v.**    :
    :
**JOHNSON & JOHNSON;**    :
**ORTHO McNEIL PHARMACEUTICAL**    :
**INC.; and JOHNSON & JOHNSON**    :
**PHARMACEUTICAL RESEARCH AND**    :    **CASE NO.: 1:06CV000571**
**DEVELOPMENT, LLC, f/k/a R.W.**    :
**JOHNSON PHARMACEUTICAL**    :
**RESEARCH INSTITUTE,**    :
    :
    :
    :
    **Defendants.**    :

## PROOF OF SERVICE

COMES NOW, the Plaintiff, by and through counsel, and provides this Court per United States District Court for the District of Columbia Rules of Civil Procedure, with the attached Proof of Service for Defendant Ortho McNeil Pharmaceutical, Inc., (see attached Affidavit of Process Server).

_____
Michelle Parfitt, Esq.#358592
Asheraft & Gerel
2000 L Street, NW #400
Washington, DC 20036

(202) 783-6400

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEAHTRA NICOLE McRAE | | |
| *Plaintiff* | * | Civil Case |
| | * | |
| vs. | * | Case Number 1:06CV000571 |
| JOHNSON & JOHNSON; | * | |
| **ORTHO McNEIL PHARMACEUTICAL** | | |
| **INC.:** and JOHNSON & JOHNSON | * | |
| PHARMACEUTICAL RSEARCH AND | | |
| DEVELOPMENT, LLC f/k/a R.W. JOHNSON | * | |
| PHARMACEUTICAL RESEARCH | | |
| INSTITUTE, | | |
| *Defendant* | | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Dennis M. Wilson, am a resident of Maryland, residing at 920 Venice Drive, Silver Spring, Maryland 20904 and maintain an office at 4701 Jay St. N.E. Washington D.C. I am in no way a party to this action, nor am I other wise interested in the outcome of this suit.  I am over twenty-one (21) years of age.

On Tuesday April 4, 2006 at 2:30 in the afternoon I served the above named defendant **Ortho McNeil Pharmaceutical Inc.** This is a corporation that has no Registered Agent designated in the District Of Columbia. Service was effected, pursuant o DCTS 29-1058 (d), by serving the Superintendent of Corporations of the District of Columbia. Service was made at 941 North Capitol Street NE Washington DC 20002 and included Jury Demand, Summons, and required filing fees for service. Please find a stamped copy of the front of this service and a receipt for the required fees.

SHARON D. POWE
Notary Public, District of Columbia
My Commission Expires March 14, 2011

Dennis M. Wilson

District of Columbia

Subscribed and sworn to before me, in my presence,
this _5th_ day of _April_, 20_06_
by _____
_____, Notary Public
My Commission Expires _March 14, 2011_

Subscribed and sworn to before me

this 5 day of April 2006,

Notary Public

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEAHTRA NICOLE McRAE                              :
                                                 :
                                                 :
        Plaintiff                                :
                                                 :
v.                                               :
                                                 :
JOHNSON & JOHNSON;                               :
ORTHO McNEIL PHARMACEUTICAL                      :
INC.; and JOHNSON & JOHNSON                      :
PHARMACEUTICAL RESEARCH AND          :CASE NO.: 1:06CV000571
DEVELOPMENT, LLC, f/k/a R.W.                     :
JOHNSON PHARMACEUTICAL                           :
RESEARCH INSTITUTE,                              :
                                                 :
                                                 :
                                                 :
        Defendants.                              :


### AFFIDAVIT

I, Michelle Parfitt, being duly sworn, state as follows:

    1.     I, Michelle A. Parfitt, am an attorney for the Plaintiff in the above captioned case.

    2.     Upon knowledge, belief, and investigation, the defendant Johnson and Johnson is

a corporation that does business in the District of Columbia but has no designated registered

agent.

    3.     I hereby request that service be effected by the Superintendent of Corporations of

the District of Columbia  pursuant to DCST § 29-1058(d). I have enclosed herewith two copies

of  Plaintiff's Complaint and Jury Demand, Summons, and the required filing fees for service.



FILED
APR - 4 2006