IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAHTRA NICHOLE McRAE, | ) CASE NO. 1:06-cv-00571-GK |
| Plaintiff, | ) JUDGE GLADYS KESSLER |
| v. | ) |
| JOHNSON & JOHNSON, et al., | ) **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) |

Defendant Johnson & Johnson is a corporation whose securities are publicly traded. Defendant Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

{D0059791.1 }

Respectfully submitted,

*William H. Robinson/KAW*
William H. Robinson, Jr., Bar No.457615
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, NW
Suite 920
Washington, D.C. 20015-2030
(202) 244-4668
(202) 244-5135 (telefax)

Attorney for Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical Research & Development, LLC

Of Counsel:

Robert C. Tucker (0013098)
RTucker@tuckerellis.com
Julie A. Callsen (0062287)
Jcallsen@tuckerellis.com
TUCKER ELLIS & WEST LLP
1150 Huntington Bldg.
925 Euclid Ave
Cleveland, OH 44115-1475
Telephone:   216.592.5000
Telefax:       216.592.5009

{D0059791.1 }
30180.00253.881945.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_William H. Robinson/KBW_
William H. Robinson, Jr.

Attorney for Defendants Johnson & Johnson,
Ortho-McNeil Pharmaceutical, Inc. and
Johnson & Johnson Pharmaceutical Research
& Development, LLC