JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2006

FILED
CLERK'S OFFICE

CA 06-571 GK

DOCKET NO. 1742

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-4)*

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 64 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, ___F.Supp.2d___ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS
### DOCKET NO. 1742
### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ARKANSAS EASTERN | |
| ARE 4 06-428 | Larry P. Smee, etc. v. Johnson & Johnson, et al. |
| CALIFORNIA CENTRAL | |
| CAC 2 06-1677 | Nikole Clesceri v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| DISTRICT OF COLUMBIA | |
| DC 1 06-571 | Deahtra Nichole McRae v. Johnson & Johnson, et al. |
| MINNESOTA | |
| MN 0 06-1302 | Sharon Thurman v. Johnson & Johnson, et al. |
| NEW JERSEY | |
| NJ 2 06-1503 | Chasity McKinney, et al. v. Johnson & Johnson, et al. |
| NEW YORK EASTERN | |
| NYE 1 06-1307 | Tracey Mitchell, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| OHIO SOUTHERN | |
| OHS 1 06-183 | Genesia Strayhorn v. Johnson & Johnson, et al. |
| OHS 2 06-241 | Detra Selvey v. Johnson & Johnson, et al. |
| OHS 2 06-256 | Freedom Curtis, et al. v. Johnson & Johnson, et al. |
| TEXAS WESTERN | |
| TXW 5 06-293 | Mallory Nipper, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| WISCONSIN WESTERN | |
| WIW 3 06-165 | Erica Fisher v. Johnson & Johnson, et al. |

*[Handwritten annotation next to District of Columbia entry: "Candice & Tonya - T his comes off our calendar."]*

# INVOLVED JUDGES LIST (CTO-4)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Nina Gershon
U.S. District Judge
542 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Hon. Gladys Kessler
U.S. District Judge
4006 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Robert G. Klausner
U.S. District Judge
860 Edward R. Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. John C. Shabaz
U.S. District Judge
P.O. Box 591
Madison, WI 53701

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 5, 2006

Honorable David A. Katz
Senior U.S. District Judge
215 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Re: MDL-1742 -- In re Ortho Evra Products Liability Litigation

(See Attached Schedule CTO-4)

RECEIVED
MAY  9 2006
CHAMBERS OF
JUDGE KESSLER

Dear Judge Katz:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

cc:   (See Attached List of Judges)

JPML Form 39B