United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

May 31, 2006

District of Columbia
Office of the Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>                         <u>DOC#</u>
**McRae v Johnson & Johnson, et al**              1:06-571

Dear Sir/Madam:

    Enclosed is a certified copy of the Conditional Transfer Order (CTO-4) by the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    <u>**If case has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case is not available on the internet, please provide only a copy of complaint and a certified copy of docket sheet.**</u>

    Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
    Renee Schumitsh
    MDL Coordinator
    (216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov

cc: MDL

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

May 31, 2006

District of Columbia
Office of the Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>                               <u>DOC#</u>
**McRae v Johnson & Johnson, et al**                **1:06-571**

Dear Sir/Madam:

     Enclosed is a certified copy of the Conditional Transfer Order (CTO-4) by the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

     <u>**If case has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case is not available on the internet, please provide only a copy of complaint and a certified copy of docket sheet.**</u>

     Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk


By _____
   Renee Schumitsh
   MDL Coordinator
   (216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov** and
**Jenny_E_Smolinski@ohnd.uscourts.gov**

cc: MDL

A CERTIFIED TRUE COPY

MAY 23 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2006 MAY 30 PM 4: 11

MAY - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-4)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 64 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, ___F.Supp.2d___ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 23 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  4  06-428 | Larry P. Smee, etc. v. Johnson & Johnson, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  06-1677 | Nikole Clesceri v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC  1  06-571 | Deahtra Nichole McRae v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN  0  06-1302 | Sharon Thurman v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ  2  06-1503 | Chasity McKinney, et al. v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE  1  06-1307 | Tracey Mitchell, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS  1  06-183 | Genesia Strayhorn v. Johnson & Johnson, et al. |
| OHS  2  06-241 | Detra Selvey v. Johnson & Johnson, et al. |
| OHS  2  06-256 | Freedom Curtis, et al. v. Johnson & Johnson, et al. |
| **TEXAS WESTERN** | |
| TXW  5  06-293 | Mallory Nipper, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **WISCONSIN WESTERN** | |
| WIW  3  06-165 | Erica Fisher v. Johnson & Johnson, et al. |